360 A.2d 639

COMMONWEALTH

v.

HENNINGS, Appellant.

Submitted March 22, 1976. Marshall E. Anders, and Krawitz, Sigal & Ridley, for appellant; Harold A. Thomson, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.